AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

| | |
|---|---|
| Kim Hyde-Rhodes and Ted Hyde-Rhodes, | |
| Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Idaho Health Welfare et al., | Case Number: 4:23-cv-00078-DN |
| Defendants. | |

IT IS ORDERED AND ADJUDGED

That this action is dismissed without prejudice.

Signed  October 13, 2023          BY THE COURT

*[signature: David Nuffer]*

David Nuffer
United States District Judge